No. 665. LEICESTER MILLS COMPANY *v.* POWELL. Third Circuit. Denied May 27, 1901. *Mr. Hector T. Fenton* for petitioner. *Mr. Charles Howson,* opposing.

---

No. 678. PAUL SHEAN SANITARY PLUMBING AND MANUFACTURING COMPANY *v.* GUARANTY TRUST COMPANY OF NEW YORK, and No. 679. CHRISTIE ET AL. *v.* GUARANTY TRUST COMPANY OF NEW YORK. Fifth Circuit. Denied May 27, 1901. *Mr. A. B. Browne* and *Mr. J. W. Terry* for petitioners. *Mr. Julien T. Davies, Mr. R. S. Lovett* and *Mr. Brainard Tolles* opposing.

---

No. 683. TRUST COMPANY OF NORTH AMERICA *v.* MANHATTAN TRUST COMPANY. Eighth Circuit. Denied May 27, 1901. *Mr. Charles Henry Jones* for petitioner. *Mr. George W. Wickersham* opposing.

---

No. 581. CITY OF HURON *v.* WARREN; No. 582. CITY OF HURON *v.* ELWOOD, and No. 644. CITY OF HURON *v.* SHEPARD. Eighth Circuit. Denied May 28, 1901. *Mr. John Wood* for petitioner. *Mr. Wm. M. Jones, Mr. C. O. Bailey* and *Mr. John L. Pyle* opposing.

---

No. 635. DELEMOS *v.* UNITED STATES. Fifth Circuit. Denied May 28, 1901. *Mr. Thomas H. Clark* and *Mr. F. G. Caffey* for petitioner. *Mr. Attorney General* and *Mr. Assistant Attorney General Beck* opposing.

---

No. 672. BOARD OF EDUCATION OF THE CITY OF PIERRE *v.* MCLEAN. Eighth Circuit. Denied May 28, 1901. *Mr. Ivan W. Goodner* for petitioner. *Mr. Robert W. Stewart* opposing.

---

No. 680. DOUGHERTY *v.* UNITED STATES; No. 681. FARRAHER *v.*